JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH W. RAMIREZ, | ) | NO. EDCV 22-00614 JAK (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PATRICK COVELLO, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 13, 2025

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE